IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARTIN BLUM                                :
                                           :        **Civil Action No.: 1:14-CV-141**
    **Plaintiff**                            :
                                           :        **(Judge Kane)**
    **v.**                                  :
                                           :
**AKEHURST LANDSCAPING SERVICES, INC.**:
                                           :
    **Defendant**                          :

## O R D E R

    **AND NOW**, this 10th  day of June 2014, counsel having reported to the Court that the above action has been settled,

    **IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

s/ Yvette Kane
Yvette Kane, Judge
United States District Court
Middle District of Pennsylvania